**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00188-CV

**LAW OFFICE OF ANDREW L. JONES, P.C. AND ANDREW JONES, Appellants**

**V.**

**LESLIE SCHACHAR, MD, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11330**

## ORDER

Before the Court is appellants' March 19, 2019 agreed motion to extend briefing deadlines. We **GRANT** the motion and **ORDER** appellants' brief be filed no later than April 4, 2019. Appellee's brief shall be filed by May 10, 2019.

/s/     KEN MOLBERG
JUSTICE